**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ARIEL ROMAN,** ) | |
| ) | **Case No.** |
| **Plaintiff,** ) | |
| ) | **Judge** |
| **v.** ) | |
| ) | **Magistrate Judge** |
| **THE CITY OF CHICAGO, a Municipal** ) | |
| **Corporation, and CPD OFFICERS** ) | |
| **P.O. MELVINA BOGARD and P.O.** ) | |
| **BERNARD BUTLER, Individually,** ) | |
| ) | **JURY DEMAND** |
| **Defendants.** ) | |

## ATTORNEYS' LIEN

**NOW COMES**, Gregory E. Kulis and Associates, Ltd., and in support of their Attorney Lien, states as follows:

1. Gregory E. Kulis & Associates, Ltd. is currently legal counsel for the Plaintiff, Ariel Roman.

2. While representing the Plaintiffs, Gregory E. Kulis & Associates, Ltd. is incurring legal expenses and costs.

3. This is a notice of our Attorneys' Lien in conjunction with out Attorney/Client Contingency Agreement and Statutory Fee Provision under 42 USC 1988.

Respectfully submitted,

/s/ Gregory E. Kulis
Gregory E. Kulis and Associates, Ltd.

**Gregory E. Kulis and Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**Tel: (312) 580-1830**